UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>VAROUJ ZARGARIAN, an individual; LOUISE KIS, individually and as trustee of the STEPHEN & LOUISE KIS LIVING TRUST; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-01643-DSF-JC<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Shayler ("Plaintiff") and Varouj Zargaria and Louise Kis ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 3, 2021

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE